IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| ANGELA L. LOWE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 06-2309-KHV |
| ) | |
| TRANSAM TRUCKING, INC., ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

This case comes before the court on the plaintiff's motion (**doc. 8**) requesting that the court conduct an *in camera* inspection of the files and records of the Kansas Human Rights Commission, Case Number 29711-06, EEOC Charge No. 28D-2006-00077, regarding any complaint by plaintiff, Angela L. Lowe. The court considers the motion unopposed.[1]

The court grants the instant motion and directs the KHRC to make available to the parties all the contents of its investigative file except such portions thereof which may be of a deliberative or conciliatory nature or attorney work product of the KHRC's legal staff. Should the KHRC consider that any items are of the foregoing nature, copies of such items shall be forwarded to the court for in camera inspection within 15 days of the date of this order. A brief summary of the documents submitted to the court shall be served on all parties

---

[1]On October 24, 2006, and then again on October 26, 2006, the court, through its staff, sent e-mails to counsel for defendant, Rachel H. Baker, to ask whether defendant opposed the instant motion. To date, Ms. Baker has not responded to the court's e-mails.

O:\ORDERS\06-2309.wpd

in the case.

      Copies of this order shall be served on all counsel of record and sent to the KHRC.

      IT IS SO ORDERED.

      Dated this 27th day of October, 2006, at Kansas City, Kansas.


                                  s/ James P. O'Hara  
                                  James P. O'Hara  
                                  U.S. Magistrate Judge