IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| ANGELA L. LOWE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 06-2309-KHV |
| ) | |
| TRANSAM TRUCKING, INC., ) | |
| ) | |
| Defendant. ) | |

ORDER

On October 27, 2006, the court granted plaintiff's request for an *in camera* inspection of the files and records of the Kansas Human Rights Commission, Case Number 29711-06, EEOC Charge No. 28D-2006-00077, regarding any complaint by plaintiff, Angela L. Lowe. The court ordered the KHRC to submit any portion of the investigative file which it believed to be of a deliberative or conciliatory nature or attorney work product of the KHRC's legal staff for *in camera* review.

The court has reviewed the documents submitted by the KHRC and finds that all of the documents submitted are of a deliberative or conciliatory nature or attorney work product and, therefore, are not discoverable.

Copies of this order shall be served on all counsel of record and the KHRC.

IT IS SO ORDERED.

Dated this 7th day of November, 2006, at Kansas City, Kansas.

             James P. O'Hara
             James P. O'Hara
             U.S. Magistrate Judge